UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANTONIO VASQUEZ-JUAREZ,

                Petitioner,

    vs.

MAGGIE MILLER-STOUT,

                Respondent.

NO.  CV-06-201-MWL

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON

Magistrate Judge Leavitt filed a Report and Recommendation on July 18, 2006, recommending Mr. Vasquez-Juarez's habeas corpus petition be transferred to the Western District of Washington pursuant to policy and 28 U.S.C. § 2241(d), establishing a petition for federal habeas relief must be brought in the district in which the conviction arose.  Petitioner challenges his term of confinement arising from a conviction in Cowlitz County in the Western District of Washington.

There being no objections, the Court **ADOPTS** the Report and Recommendation.  **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. The Court notes Mr. Vasquez-Juarez has paid the $5.00 filing fee for this action.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 1

1  Court Executive is further directed to forward this file with a copy

2  of this Order to the Clerk of the United States District Court for the

3  Western District of Washington and close the file in this district.

4        **DATED** this 17th day of August 2006.

5                              *s/ Robert H. Whaley*

6                              ROBERT H. WHALEY
                              CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15  Q:\CIVIL\2006\vasquez-juarez.r&r.ord.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER ADOPTING REPORT AND RECOMMENDATION AND
    TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 2